FILED

11/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0621

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Cause No. DA 24-0621**

| | |
|---|---|
| IN RE THE MARRIAGE OF: | ) |
| | ) |
| JAMES MICHAEL KAHL, | ) |
| | ) |
| Petitioner and Appellant, | ) |
| | ) |
| -and- | ) **ORDER EXTENDING FILING OF** |
| | ) **RECORD** |
| JENNIFER JUNE SPERANO, | ) |
| | ) |
| Respondent and Appellee. | ) |
| _____ | )_____ |

The Court, upon due consideration of appellant's motion and the affidavit of the court reporter and for cause shown, It is ORDERED:  That the record on appeal be submitted in this cause on or before December 17, 2024.

DATED this _____ day of November, 2024.

_____
Justice Montana Supreme Court

cc:  Kevin T. Sweeney
     Jami L. Rebsom

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 26 2024